| | | | |
|---|---|---|---|
| Com. v. Cook [36] | 198 EDA 2016<br>Appeal<br>dismissed | 08/30/2016 | CP–09–CR–0003068–<br>2013<br>(Bucks) |
| Tribeca Lending Corp. v. Pearson | 1596 MDA 2015<br>Quashed | 08/30/2016 | 2009 CV 2570<br>(Lackawanna) |
| Com. v. Schenck | 1702 MDA 2015<br>Affirmed | 08/30/2016 | CP–41–CR–0000452–<br>2010<br>CP–41–CR–0001148–<br>2013<br>CP–41–CR–0001294–<br>2010<br>(Lycoming) |
| Com. v. Brown | 2023 MDA 2015<br>Affirmed | 08/30/2016 | CP–22–CR–0004546–<br>2014<br>(Dauphin) |
| Com. v. Chisley | 2043 MDA 2015<br>Affirmed | 08/30/2016 | CP–14–CR–0000213–<br>2007<br>(Centre) |
| Dunmore Exclusives v. Kochis | 263 MDA 2016<br>Affirmed | 08/30/2016 | 2015–CV–4935<br>(Lackawanna) |
| In the Interest of J.J.; Appeal of J.J. | 327 MDA 2016<br>Affirmed | 08/30/2016 | 2016–0566<br>(Centre) |
| Com. v. Roe | 130 WDA 2015<br>Affirmed | 08/30/2016 | CP–30–CR–0000367–<br>2012<br>(Greene) |
| Com. v. Burgess | 700 WDA 2015<br>Affirmed | 08/30/2016 | CP–04–CR–0002178–<br>2012<br>(Beaver) |
| Com. v. Jones | 1467 WDA 2015<br>Affirmed | 08/30/2016 | CP–25–CR–0000530–<br>2015<br>(Erie) |
| Com. v. Younger | 1676 WDA 2015<br>Affirmed | 08/30/2016 | CP–26–CR–0001084–<br>2015<br>(Fayette) |
| Com. v. Newman | 1449 EDA 2015<br>Affirmed | 08/31/2016 | CP–51–CR–0001229–<br>2013<br>(Philadelphia) |
| Com. v. Scale | 1509 EDA 2015<br>Affirmed | 08/31/2016 | CP–51–CR–0001230–<br>2013<br>(Philadelphia) |
| Com. v. DePaoli | 1720 EDA 2015<br>Remanded<br>Jurisdiction<br>Retained | 08/31/2016 | CP–45–CR–0001772–<br>2013<br>(Monroe) |
| Com. v. DePaoli | 1721 EDA 2015<br>Remanded<br>Jurisdiction<br>Retained | 08/31/2016 | CP–45–CR–0001773–<br>2013<br>(Monroe) |
| Com. v. Clayburne | 2414 EDA 2015<br>Affirmed | 08/31/2016 | CP–51–CR–0004125–<br>2014<br>(Philadelphia) |

**36.** Petition for reargument denied September 28, 2016.